PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Matthew Turner                                          Cr.: 07-00143-005
                                                                         PACTS #: 48185

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/08/2010

Original Offense:   Count One: Racketeering Activity - Murder/Kidnapping, 18 U.S.C. 1959 (a) (5)
                    Count Two: A Violent Crime in Aid of Racketeering, Assault, 18 U.S.C. 1959 (a)(6)

Original Sentence: 156 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, No New Debt/Credit, Gang Restriction, Community Service – 40 Hours

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/28/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 27, 2020, Mr. Turner tested positive for marijuana. He admitted smoking marijuana due to feelings of stress and anxiety related to his mother being sick and in the hospital. |

Prob 12A – page 2
Matthew Turner

U.S. Probation Officer Action:

Mr. Turner's noncompliance was addressed during an adjustment session that was held in the U.S. Probation Office with Mr. Turner, the undersigned officer, and the undersigned officer's supervisor on August 27, 2020. Turner's term of supervised release is due to expire on December 27, 2020. As such, we would like to respectfully request that no formal Court action be taken at this time. The undersigned officer will continue to work with Mr. Turner and will notify the Court of any additional noncompliance if it arises.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
      U.S. Probation Officer

/ ema

APPROVED:

*Luis R. Gonzalez*   9-15-20

LUIS R. GONZALEZ            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No formal Court action to be taken at this time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*s/ Stanley R. Chesler, U.S.D.J.*
Signature of Judicial Officer
9/16/2020

Date